No. 01–9439.   SAFOUANE ET UX. *v.* FLECK ET AL.   C. A. 9th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.

No. 01–9451.   MULAZIM *v.* MICHIGAN DEPARTMENT OF CORRECTIONS ET AL.   C. A. 6th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.   As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.   See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents.   See *id.,* at 4, and cases cited therein.

No. 01A768.   OSTOPOSIDES ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (GLIMP ET AL., REAL PARTIES IN INTEREST).   Ct. App. Cal., 2d App. Dist.   Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. D–2234.   IN RE DISBARMENT OF LITTLE.   Disbarment entered.   [For earlier order herein, see 531 U. S. 1122.]

No. 01M61.   O'GRADY *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY; and
No. 01M62.   MORRISON *v.* GOODMAN ET AL.   Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 01M63.   BOWERS *v.* ILLINOIS.   Motion to direct the Clerk to file an original action denied.